Case 19-00450   Doc 69   Filed 11/30/21   Entered 11/30/21 09:56:55   Desc Main
Document   Page 1 of 1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Mack Industries, Ltd., *et al.,* | ) | Bankruptcy No. 17 B 09308 |
| Debtors. | ) | |
| _____ | ) | Judge Carol A. Doyle |
| | ) | |
| Ariane Holtschlag, as Ch. 7 Trustee for | ) | |
| Mack Industries, Ltd., | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. No. 19-00450 |
| | ) | |
| Ideal Custom Designs, Inc., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF OBJECTION TO TRUSTEE'S MOTION TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT

NOW COMES the Defendant, Ideal Custom Designs, Inc., by and through Defendant's

attorney, David P. Lloyd, Ltd., and states that he Objects to the Trustee's Motion to Extend Time to

Respond to Motion for Summary Judgment, filed by the Trustee on November 29, 2021, as Docket

No. 68, and set for hearing on December 15, 2021. The Defendant seeks a hearing and time to file a

response to the Motion.                              Respectfully submitted,

                                                     Ideal Custom Designs, Inc.


                                           By:     /s/ David P. Lloyd
                                                   Defendant's attorney


David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265