**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>**Mack Industries, Ltd.**, *et al.*,<br>Debtors.[1] | Chapter 7<br><br>Bankruptcy No. 17-09308<br>(Jointly Administered)<br><br>Honorable Carol A. Doyle |
| **Ronald R. Peterson**, as chapter 7 trustee for Mack Industries Ltd.,<br>Plaintiff,<br>v.<br>**Ideal Custom Designs Inc.**,<br>Defendant. | Adversary No. 19-00450 |

**ORDER ESTABLISHING BRIEFING SCHEDULE**

This matter coming to be heard on the Defendant's motion for summary judgment (the "***Motion***"); IT IS HEREBY ORDERED that:

1. The Trustee must file his response to the Motion, if any, on or before January 14, 2022.

2. The Defendant must file its reply, if any, on or before January 28, 2022.

3. The Motion is set for status on February 17, 2022, at 11:00 a.m.

---

[1] The debtors, with their respective bankruptcy case numbers, are as follows: Mack Industries, Ltd. (17-09308); Oak Park Avenue Realty, Ltd. (17-16651); Mack Industries II, LLC (17-16859); Mack Industries III, LLC (17-17106); Mack Industries IV, LLC (17-17109); Mack Industries V, LLC (18-03445); and Mack Industries VI, LLC (18-03451).

Date: December 16, 2021	ENTER:

_____
United States Bankruptcy Judge

Prepared by:
Jeffrey K. Paulsen (6300528)
Ariane Holtschlag (6294327)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:	(312) 878-4830
Fax:	(847) 574-8233
Email:	aholtschlag@wfactorlaw.com